[No. 23804-7-II.    Division Two.    December 17, 1999.]

STEVEN W. SIMPSON, *Appellant*, v. PORT TOWNSEND SCHOOL DISTRICT NO. 50, *Respondent*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 96-2-00229-1, Dale B. Ramerman, J., entered September 9, 1998. *Affirmed* by unpublished opinion per Armstrong, A.C.J., concurred in by Seinfeld and Hunt, JJ.

[No. 24656-2-II.    Division Two.    December 17, 1999.]

RODGER A. BRICKER, ET AL., *Appellants*, v. JACKPOT CONVENIENCE STORES, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-2-09182-6, Nile E. Aubrey, J., entered February 27, 1998. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater, C.J., and Armstrong, J.

[No. 41043-1-I.    Division One.    December 20, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. HECTOR RIVERA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-02581-6, John M. Darrah, J., entered June 30, 1997. *Remanded* by unpublished per curiam opinion.

[No. 42073-9-I.    Division One.    December 20, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. LEONARD HUNTER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-08657-1, Marilyn R. Sellers, J., entered February 26, 1998. *Dismissed* by unpublished per curiam opinion.